UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES W. BUCK,<br><br>                Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | No. CV-10-3045-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

    **BEFORE THE COURT** for resolution is the Report and Recommendation entered on February 18, 2014, **ECF No. 46,** recommending Plaintiff's motion for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, ECF No. 36, be granted. The Commissioner responded and Plaintiff replied. ECF No. 43, 44. No objections have been filed.

    After review, the Report and Recommendation, **ECF No. 46,** to grant Plaintiff's Motion for an award of attorney's fees pursuant to the EAJA, is **ADOPTED in its entirety**.

    Plaintiff's motion for an award of fees and costs in the total amount of $29,840.47, ECF No. 36, is GRANTED.

ORDER - 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to the parties and Magistrate Judge Hutton, and **CLOSE** the file.

DATED this 4th day of March, 2014.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
SENIOR U.S. DISTRICT JUDGE
